George Thomas Martin, III, Esq. (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
tmartin@consumerlawcenter.com
Attorneys for Plaintiff,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CORDOVA | Case No.: 3:09-cv-04209-CRB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| NORTHSTAR LOCATION SERVICES LLC | |
| Defendant. | |

NOW COMES the Plaintiff, JENNIFER CORDOVA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

//

//

//

//

//

- 1 -

Notice of Settlement

1
2                                              Respectfully Submitted,
3    DATED: December 2, 2009                   KROHN & MOSS, LTD.
4
5                                              By: /s/ George Thomas Martin, III         _
6                                                  George Thomas Martin, III
                                                   Attorney for Plaintiff
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

- 2 -

Notice of Settlement