George Thomas Martin, III, Esq. (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
tmartin@consumerlawcenter.com
Attorneys for Plaintiff,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CORDOVA | **Case No.: 3:09-cv-04209-CRB** |
| Plaintiff, | |
| vs. | **VOLUNTARY DISMISSAL** |
| NORTHSTAR LOCATION SERVICES LLC | |
| Defendant. | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JENNIFER CORDOVA, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: January 4, 2010                          KROHN & MOSS, LTD.


                                                By:/s/ George Thomas Martin, III

                                                George Thomas Martin, III

                                                Attorneys for Plaintiff,
                                                JENNIFER CORDOVA